UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**H-07-124**

UNITED STATES OF AMERICA §
§
v. §
§
DANIEL JOSEPH MALDONADO §
aka Daniel Aljughaifi §

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 0 2 2007

MICHAEL N. MILBY, CLERK OF COURT

UN-SEALED PER [signature] 4/10/07

INFORMATION    UNDER SEAL

The United States Attorney charges that:

Count One

Beginning in or about December 2006, and continuing through in or about January 2007, within the jurisdiction of the Houston Division of the Southern District of Texas and elsewhere,

DANIEL MALDONADO
aka
Daniel Aljughaifi,

defendant herein, a national of the United States of America, whose last known residence was in Houston, Texas, knowingly received military-type training from and on behalf of al-Qaeda, an organization designated at the time of the training by the United States Secretary of State under section 219(a)(1) of the Immigration and Nationality Act as a foreign terrorist organization, knowing that al-Qaeda was and

is a designated terrorist organization, and knowing that al-Qaeda had engaged in and engages in terrorist activity and terrorism.

In violation of Title 18 United States Code, Section 2339D(a).

APPROVED:

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
GARY L. COBE
Assistant United States Attorney
(713) 567-9386