UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CR. NO. H-07-124

DANIEL JOSEPH MALDONADO

### DEFENDANT'S PROFFER FOR SENTENCING

The defendant, Daniel Maldonado, submits the attachments in anticipation of his sentencing hearing later this month.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

By: /s Brent E. Newton
Brent E. Newton
Asst. Federal Public Defender
Attorney-in-Charge
Texas Bar Number 00788115
Southern District of Texas No. 16759
440 Louisiana Street, Suite 310
Houston, Texas 77002
Telephone: 713.718.4600

## CERTIFICATE OF SERVICE

I certify that on this 6th day of July, 2007, a copy of the foregoing was served by electronic notification to:

1) Assistant United States Attorney Gary Cobe; and

2)  United States Probation Officer Velma Monita.


/s Brent E. Newton
BRENT E. NEWTON